FILED

MAR 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 82 15

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Amalia Rebecca LOYA, (1) ) | Substance (Felony) |
| Karla Heroina OCHOA-Martinez, (2) ) | |
| ) | |
| Defendants ) | |

The undersigned complainant being duly sworn states:

That on or about March 10, 2008 within the Southern District of California, defendants Amalia Rebecca LOYA and Karla Heroina OCHOA-Martines, did knowingly and intentionally import approximately 41.00 kilograms (90.20 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Enrique Torregrosa Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF MARCH 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
            v.
Amalia Rebecca LOYA            (1)
Karla Heroina OCHOA-Martinez (2)

                    STATEMENT OF FACTS

     This complaint is based on the reports, documents, and notes
furnished to U. S. Immigration and Customs Enforcement Special
Agent Enrique Torregrosa.

     On March 10, 2008, at approximately 1658 hours, Amalia Rebecca
LOYA entered the United States from the Republic of Mexico via the
Calexico, California West Port of Entry.   LOYA was the driver of a
2006 Ford F-150 bearing California U.S. plate 8G10160.   LOYA was
accompanied by her infant daughter and her sister-in-law Karla
Heroina OCHOA-Martinez.

     Customs and Border Protection Officer (CBPO) R. Garcia
obtained negative Customs declarations from LOYA and OCHOA.   During
CBPO Garcia's primary inspection, CBPO Garcia noticed that OCHOA
had an expired I-551 and escorted LOYA, OCHOA and the vehicle to
vehicle secondary lot for further inspection.   At that time LOYA
asked CBPO Garcia if they could just go back into Mexico.

     Upon arrival to the vehicle secondary lot CBPO E. Garcia
contacted LOYA and OCHOA and obtained negative Customs
declarations.   CBPO E. Garcia asked LOYA about the vehicle she was
driving and her destination, to which she responded that it was her
daughter's father and she was going back home to Fort Irwin,
California.   CBPO E. Garcia also asked LOYA about her trip to
Mexico and she stated she went to visit family for the weekend.
CBPO E. Garcia requested for CBP Canine Officer Ragsdale to screen
the vehicle utilizing his Human/Narcotic Detector Dog (HNDD).   The

1   HNDD alerted to the spare tire of the vehicle.

2       A subsequent search of the spare tire of the vehicle by CBPO

3   E. Garcia revealed nine packages concealed within the spare tire of

4   the vehicle.   The approximate weight of the packages was 41.00

5   kilograms (90.20 pounds). CBPO E. Garcia probed one package, which

6   produced a green leafy substance, which field-tested positive for

7   marijuana.

8       Special Agent Torregrosa read the Miranda Rights to LOYA and

9   OCHOA  which  they  understood  and  waived  agreeing  to  answer

10  questions.  LOYA stated that her boyfriend offered her $2,500.00 to

11  smuggle what she thought it was drugs.   OCHOA stated she overheard

12  her brother offer LOYA money to smuggle something into the United

13  States, OCHOA stated that LOYA offered her some money to smuggle

14  what she thought it was drugs into the United States.

15

16

17

18

19

20

21

22

23

24

25

26

27

28