AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA      WAIVER OF INDICTMENT

v.

AMALIA REBECCA LOYA      CASE NUMBER: 08CR1085-BTM

I, __AMALIA REBECCA LOYA__, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4.08.08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Amalia R. Loya_
Defendant

_[signature]_
Counsel for Defendant
Benjamin (Cichma) for
K. Stevens

Before _[signature]_
Judicial Officer

FILED
APR 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY