PS 8
(8/88)

# United States District Court
for

## SOUTHERN DISTRICT OF CALIFORNIA



08CR1085-BTM

U. S. A. vs. LOYA, AMALIA REBECCA

Docket No. 08MJ8215-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Amalia Rebecca Loya who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 11th day of March, 2008, under the following conditions:

restrict travel to State of California; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination of both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant has an immediate need for mental health treatment. Furthermore, the surety has no opposition to this modification.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE: SUBMIT TO PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING AS DIRECTED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this 8th day of April, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/8/08

Respectfully,

_____
Yolanda German, U.S. Pretrial Services Officer

Place    El Centro, California

Date    4/8/08