1 KAREN STEVENS
Attorney at Law
2 California Bar No. 110009
105 W. "F" Street
3 San Diego, California 92101
Telephone No. (619) 239-8553
4 Facsimile No. (619) 239-0056

5 Attorney for Defendant:
REBECCA LOYA

FILED

APR 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08MJ8215 |
| Plaintiff, ) | DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT DATE |
| vs. ) | |
| REBECCA LOYA, ) | |
| Defendant. ) | |

COMES NOW DEFENDANT, REBECCA LOYA, by and through her counsel, Karen M. Stevens, and hereby declares as follows:

1. Defendant's case is currently set for hearing before the Honorable Magistrate Judge Adler on April 22, 2008;

2. Counsel for defendant, and her co-counsel, Ben Lechman, are still receiving discovery from the government. Also, defense counsel have been attempting to negotiate a "package" plea agreement, that is acceptable to all parties;

3. In that regard, counsel for Ms. Loya has informed her this matter is being continued from the April 22, 2008 date to ~~May 8,~~ april 29 2PM 2008, at ~~10:00~~ a.m.

4. The undersigned hereby acknowledges that she is required to be present on that date and time, and hereby promises to do so.

//
//

1     I declare under penalty of perjury the foregoing is true and correct to the best of my
2 knowledge.

3

4 Dated: April 18, 2008                                             Respectfully submitted,

5

6                                                            REBECCA LOYA

7                                                            *Rebecca Loya* (signature)

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-