**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs AMALIA REBECCA LOYA         No. 08CR1085-BTM

The Court finds excludable delay, under the section indicated by check (✓), commenced on _____ and ended on _____ ; ( )
_____5-22-08_____ and ended on _____8-22-08_____ . ( )

**3161(h)**

\_\_\_ (1)(A)   Exam or hrg for **mental or physical incapacity**   A
\_\_\_ (1)(B)   **NARA exam**ination (28:2902)   B
\_\_\_ (1)(D)   State or Federal trials or **other charges pending**   C
\_\_\_ (1)(E)   **Interlocutory appeals**   D
\_\_\_ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)   E
\_\_\_ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)   F
\_\_\_ (1)(J)   **Proceedings under advisement** not to exceed thirty days   G
\_\_\_           Misc proc: Parole or prob rev, deportation, **extradition**   H
\_\_\_ (1)(H)   **Transportation** from another district or to/from examination or hospitalization in ten days or less   6
_X_ (1)(I)   Consideration by Court of **proposed plea agreement**   (7)
\_\_\_ (2)   **Prosecution deferred** by mutual agreement   I
\_\_\_ (3)(A)(B)   **Unavailability of defendant** or **essential witness**   M
\_\_\_ (4)   Period of **mental or physical incompetence** of defendant to stand trial   N
\_\_\_ (5)   Period of **NARA commitment or treatment**   O
\_\_\_ (6)   **Superseding indictment and/or new charges**   P
\_\_\_ (7)   **Defendant awaiting trial of co-defendant** when no severance has been granted   R
\_\_\_ (8)(A)(B)   **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance   T
\_\_\_ (8)(B)(I)   1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**   (T1)
_X_           2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
\_\_\_ (8)(B)(ii)   2) **Case** unusual or **complex**   T2
\_\_\_ (8)(B)(iii)   3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3
\_\_\_ (8)(B)(iv)   4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**   T4
\_\_\_ 3161(I)   Time up to **withdrawal of guilty plea**   U
\_\_\_ 3161(b)   **Grand jury indictment time extended** thirty (30) more days   W

Date _5/22/08_                                              _____
                                                         Judge's Initials