1  KAREN P. HEWITT
   United States Attorney
2  DOMINIC E. KARDUM
   Assistant U.S. Attorney
3  California State Bar No. 229420
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7848 (Telephone) / (619) 557-5551 (Fax)
   Email: dominic.kardum@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            )   Criminal Case No.   08-CR-1085-BTM
   |                                      )
11 |              Plaintiff,              )
   |                                      )   NOTICE OF APPEARANCE
12 |       v.                             )
   |                                      )
13 | AMALIA REBECCA LOYA (1),              )
   |                                      )
14 |              Defendant.              )
   |                                      )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, Dominic E. Kardum, the undersigned attorney, enter my appearance as lead counsel for the

18 United States in the above-captioned case.

19        I certify that I am admitted to practice in this court or authorized to practice under

20 CivLR 83.3.c.3-4.

21        The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 case.

25        1.     None..

26 //

27 //

28 //

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |     1.    Sabrina L. Feve.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED: July 25, 2008.

                                    KAREN P. HEWITT
                                  United States Attorney

                                <u>s/Dominic E. Kardum</u>
                                DOMINIC E. KARDUM
                                Assistant U.S. Attorney

Notice of Appearance                                                    08-CR-1085-BTM
United States v. Amalia Rebecca Loya (1)

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. | 08-CR-1085-BTM |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CERTIFICATE OF SERVICE | |
| v. | ) | | |
| | ) | | |
| AMALIA REBECCA LOYA (1), | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

IT IS HEREBY CERTIFIED THAT:

I, Dominic Kardum, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated June 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Karen M. Stevens
   105 W. Fifth Street
   Senator Building Suite 213
   San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 25, 2008.

                                                              s/Dominic E. Kardum
                                                              DOMINIC E. KARDUM
                                                              Assistant U.S. Attorney